**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 06-1095

───────────────

MUHAMMAD SALIM ADNAN KAKAR,

                                                    Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                                    Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A72-166-826)

───────────────

Submitted:  November 22, 2006        Decided:  December 14, 2006

───────────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Matthew W. Rau, LAW OFFICE OF MATTHEW W. RAU, Arlington, Virginia,
for Petitioner.  Peter D. Keisler, Assistant Attorney General,
James A. Hunolt, Senior Litigation Counsel, Michael J. Quinn,
Office of Immigration Litigation, Civil Division, Washington, D.C.,
for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammad Salim Adnan Kakar, a native and citizen of Pakistan, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider its prior order, which adopted and affirmed the immigration judge's denial of his request for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Kakar, No. A72-166-826 (B.I.A. Dec. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED